**Order filed April 28, 2020**



**In The**

# Fourteenth Court of Appeals

_____

**NO.  14-20-00312-CV**

_____

**MEDSTAR FUNDING, LC, Appellant**

**V.**

**FRODE WILLUMSEN, DONAL HUGHS MCROBERTS, WILLUMSEN LAW FIRM, P.C., Appellee**

**On Appeal from the 295th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-23189A**

## ORDER

We have determined that this case is appropriate for referral to mediation an alternative dispute resolution process. _See_ Tex. Civ. Prac. & Rem. Code §§ 154.021—.073.

Any party may file a written objection to mediation with the clerk of this court within **15 days** of the date of this order.  _See_ Tex. Civ. Prac. & Rem. Code § 154.022.  If this court finds that there is a reasonable basis for the objection, the objection shall be sustained and the appeal will not be abated for mediation.

If no objection is filed, or if the court overrules the objection, the court will issue an order of abatement for a period of **90 days**.  If the case is referred to

mediation, any party may file a motion to extend the abatement period for completion of mediation or to finalize a settlement.

PER CURIAM

Panel Consists of Justices Bourliot, Hassan, and Poissant.